ACCEPTED
01-15-00773-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 3:18:18 PM
CHRISTOPHER A. PRINE
CLERK

NO. 412,338    PROBATE COURT 3

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| SARA SAMPSON MCGOWAN, | § | NO. THREE (3) OF |
| | § | |
| DECEASED | § | HARRIS COUNTY, TEXAS |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
9/24/2015 3:18:18 PM
CHRISTOPHER A. PRINE
Clerk

## NOTICE OF APPEAL

BERNICE YOST, SPECIAL CONSERVATOR FOR GEORGIA COX, ("Respondent") files notice of appeal and shows the Court the following:

1. This appeal is from Probate Court No. 3 in Harris County, Texas, the Honorable Rory Olsen presiding.

2. The style of the case in the trial court is Cause No. 412,338; *In the Estate of Sara Sampson McGowan.*

3. Respondent desires to appeal from the Court's Final Judgment signed August 20, 2015, together with all orders in this matter and all rulings by operation of law, including any orders on post-verdict and post-judgment motions.

4. Respondent is appealing to the First or Fourteenth Court of Appeals in Houston, Texas.

Respectfully submitted,

*/s/ Thomas C. Wright*
Thomas C. Wright
State Bar No. 22059400
Wanda McKee Fowler
State Bar No. 13698700
Andrea G. Tindall
State Bar No. 24079467
WRIGHT & CLOSE, LLP
One Riverway, Suite 2200
Houston, Texas  77056
Tel:  713-572-4321 / Fax:  713-572-4320
wright@wrightclose.com
fowler@wrightclose.com
tindall@wrightclose.com

*/s/ John T. Elliott*
John T. Elliott
State Bar No. 24055444
Sharon C. Stodghill
State Bar No. 00785058
LAW OFFICE OF SHARON C. STODGHILL
952 Echo Lane, Suite 330
Houston, TX 77024
Tel: 713-464-6412 / Fax: 713-827-7483
John.elliott@scslawyer.com

OF COUNSEL:

Gus G. Tamborello
State Bar No. 19632000
GUS G. TAMBORELLO, P.C.
2900 Weslayan, Suite 150
Houston, TX 77027
Tel: 713-659-7777 / Fax: 713-659-7780
gus@tamborellolaw.com

**Attorneys for Bernice Yost,
Special Conservator for Georgia Cox**

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served on the following attorneys by e-service on this 4th day of September, 2015:

Michael Scott Thomas
THOMAS & WILLIAMS, LLP
2626 S. Loop West, Suite 561
Houston, TX 77054
mstlawyer@aol.com
***Attorneys for James Sampson Fails***

Roy Camberg
THE CAMBERG LAW FIRM, P.C.
17225 El Camino Real, Suite 444
Houston, Texas 77057
***Temporary Administrator***

*/s/ Thomas C. Wright*
Thomas C. Wright
